UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DORIS WILLIAMS,

   Plaintiff,

-vs-

PROTECT AMERICA, INC.,

                                   CASE NO.:  3:14-CV-00118-J-20PDB

   Defendant
_____/

**NOTICE OF SETTLEMENT**

     Plaintiff, Doris Williams, by and through the undersigned counsel, hereby submits this Notice of Pending Settlement and states that all parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                   /s/ Amanda J. Allen
                                   Amanda Allen, Esquire
                                   Morgan & Morgan, Tampa,  P.A.
                                   One Tampa City Center
                                   201 N. Franklin Street, 7th Floor
                                   Tampa, FL 33602
                                   Tele:  (813) 223-5505
                                   Fax:  (813) 223-5402
                                   AAllen@ForThePeople.com
                                   Jestrada@ForThePeople.com
                                   Florida Bar #:  0098228
                                   Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Protect America c/o Matthew Bradley 750 E Mulberry Ave., Ste 510 San Antonio TX 78212 via electronic mail and U.S. Mail on this 20 day of March, 2014.