UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DORIS WILLIAMS,

    Plaintiff,

v.                                               Case No. 3:14-cv-118-J-20PDB

PROTECT AMERICA, INC.,

    Defendant.
_____/

## ORDER

This matter is before this Court on Plaintiff's "Notice of Settlement" (Dkt. 5) and Plaintiff's "Notice of Voluntary Dismissal with Prejudice" (Dkt. 6) filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Therefore, it is **ORDERED**:

1. This case is **DISMISSED WITH PREJUDICE**; and

2. The Clerk is directed to **TERMINATE** all pending motions and **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 23rd day of April, 2014.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Amanda J. Allen, Esq.
Matthew D. Bradley, Esq.
Howard D. DuBosar, Esq.